Vacated and Dismissed and Opinion filed June 20, 2002









Vacated and Dismissed and Opinion filed June 20, 2002.

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-99-00047-CV

____________

 

HARRIS COUNTY HOSPITAL DISTRICT, Appellant

 

V.

 

EDWARD D. EDUOK, JR., Appellee

 



 

On
Appeal from the 151st District Court

Harris
County, Texas

Trial
Court Cause No. 96-02547

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed October 16, 1998.

On June 17, 2002, the parties filed a
joint motion to vacate the trial court=s judgment and to dismiss with
prejudice the suit filed by appellee, Edward D. Eduok, Jr.  The
motion is granted.

Accordingly, we vacate the judgment
of the trial court and order the suit filed by Edward D. Eduok,
Jr., dismissed with prejudice.  

PER CURIAM

Judgment rendered and Opinion filed June 20, 2002.

Panel consists of Justices Yates, Seymore,
and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).